UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

**KINNEY LISOVICZ REILLY & WOLFF PC**
**Kevin E. Wolff, Esq.  (KW0499)**
299 Cherry Hill Road, Suite 300
P.O. Box 912
Parsippany, NJ 07054
(973) 957-2550
Attorneys for Defendants, Associated Industries Insurance Company, Inc., and
AmTrust North America, Inc.

|  |  |
|---|---|
| ALLI RESTAURANT & BAR CORP., <br><br> Plaintiff, <br><br> v. <br><br> AMTRUST NORTH AMERICA, INC., and ASSOCIATED INDUSTRIES INSURANCE COMPANY, INC., <br><br> Defendants, <br><br> and <br><br> JOSE SORTO and MARIA SORTO, <br><br> As Interested Parties. | Civil Action No.: 2:25-cv-04199-BRM-JRA <br><br> Civil Action <br><br> **NOTICE OF MOTION FOR SUMMARY JUDGMENT** <br><br> *(Document Electronically Filed)* |

**TO:**   Raj Gadhok, Esq.
Mandelbaum Barrett P.C.
3 Becker Farm Road, Suite 105
Roseland, NJ 07068
Attorneys for Plaintiff

**PLEASE TAKE NOTICE** that on August 4, 2025, the undersigned, counsel for

defendants, AmTrust North America, Inc., and Associated Industries Insurance Company, Inc.,

will apply to the Honorable Brian R. Martinotti, U.S.D.J., at the United States Courthouse,

1

#2072790v1

Newark, New Jersey, for an order granting summary judgment to defendants and dismissing plaintiffs Complaint as against them, with prejudice.

Defendants request oral argument on August 4, 2025, or a date to be selected by the Court.

**PLEASE TAKE FURTHER NOTICE** that in support of this motion, defendants shall reply upon the Brief and Statement of Material Facts submitted herewith and the Certifications of Kevin E. Wolff, Esq., and Dawn Brazier with all exhibits annexed thereto.

**PLEASE TAKE FURTHER NOTICE** that a proposed form of Order has been submitted to the Court herewith.

**KINNEY LISOVICZ RELLY & WOLFF PC**
*Attorneys for Defendants,* Associated
*Industries Insurance Company, Inc., and*
*AmTrust North America, Inc.*

Dated: July 9, 2025          By:    /s/ *Kevin E. Wolff*
                                             Kevin E. Wolff, Esq.
                                             299 Cherry Hill Road, Suite 300
                                             Parsippany, New Jersey 07054
                                             973-957-2550

#2072790v1