UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| ALLI RESTAURANT & BAR CORP.<br><br>Plaintiff,<br><br>v.<br><br>AMTRUST NORTH AMERICA INC. and ASSOCIATED INDUSTRIES INSURANCE COMPANY INC.,<br><br>Defendants,<br><br>and<br><br>JOSE SORTO and MARIA SORTO.<br><br>Interested Parties. | Case No. 2:25-cv-04199 (BRM) (JRA)<br><br>**ORDER** |

**THIS MATTER** is opened to the Court by Defendants Amtrust North American Inc. and Associated Industries Insurance Company Inc.'s (collectively, "Defendants") motion for summary judgment (ECF No. 10-1) on all claims brought by Alli Restaurant and Bar Corp. ("Alli Restaurant"). Alli Restaurant opposes Defendants' Motion for Summary Judgment, and filed its own Cross-Motion for Summary Judgment (ECF No. 18-1) to which Defendants filed a timely reply (ECF No. 21). Having reviewed and considered the submissions filed in connection with the Motions and having declined to hold oral argument pursuant to Rule 78(b), for the reasons set forth in the accompanying opinion and for good cause shown,

**IT IS** on this 25th day of February 2026,

**ORDERED** that Defendants' Motion for Summary Judgment (ECF No. 10) is **GRANTED**; and it is further

**ORDERED** that Alli Restaurant's Cross-Motion for Summary Judgment (ECF No. 18) is **DENIED**; and it is further

**ORDERED** that the Clerk of Court shall mark this matter as **CLOSED.**

*/s/ Brian R. Martinotti*
**HON. BRIAN R. MARTINOTTI**
UNITED STATES DISTRICT JUDGE